PAUL J. FISHMAN
United States Attorney
BY: MARION PERCELL
Assistant United States Attorney
970 Broad Street
Newark, New Jersey 07102
(973) 645-2700

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Criminal No.  08-156 |
| EVERARDO ANTONIO MUNOZ and LILIAN MUNOZ, | : | FINAL ORDER OF FORFEITURE |
| *Defendants.* | : | |

WHEREAS, on February 2, 2008, the United States filed an Indictment against Everardo Antonio Munoz and Lilian Munoz, charging them with money laundering in violation of Title 18, United States Code, Section 1956(h); and

WHEREAS, on March 20, 2008, defendant Everardo Antonio Munoz pled guilty to count 1 of the Indictment; and

WHEREAS, on March 20, 2008, defendant Lilian Munoz pled guilty to count 1 of the Indictment; and

WHEREAS, on July 22, 2008, a Consent Judgment and Preliminary Order of Forfeiture between the United States and defendant Everardo Antonio Munoz was entered into whereby, pursuant to his plea agreement, defendant Everardo Antonio Munoz agreed to the forfeiture of $776,361.00 in United States currency pursuant to Title 18, United States Code, Section 982; and

**WHEREAS**, on July 29, 2008, a Consent Judgment and Preliminary Order of Forfeiture between the United States and defendant Lilian Munoz was entered into whereby, pursuant to her plea agreement, defendant Lilian Munoz agreed to the forfeiture of $776,361.00 in United States currency pursuant to Title 18, United States Code, Section 982; and

**WHEREAS**, on September 18, 2008, September 25, 2008, and October 2, 2008, the United States published in The Star-Ledger a notice to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within 30 days for a hearing to adjudicate the validity of their alleged legal interest in the property (see Declaration of Marion Percell, Exhibit A); and

**WHEREAS** no claims have been filed on the property by any third parties,

**THEREFORE** it is hereby **ORDERED, ADJUDGED, AND DECREED:**

1.     That a Final Order of Forfeiture is entered and that the herein described asset, namely $776,361.00 in United States currency, is hereby forfeited to the United States of America for disposition in accordance with the law, and no right, title, or interest in the assets shall exist in any other party.

2.     That any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of the Department of Homeland Security, Immigration and Customs Enforcement's management of any properties forfeited herein, and the proceeds from the sale of any forfeited properties, after the payment of costs and expenses incurred in connection with the sale and disposition of the forfeited properties, shall be deposited forthwith by the Department of Homeland Security,

Immigration and Customs Enforcement, into the Department of Treasury Asset Forfeiture Fund, in accordance with the law.

**ORDERED** this 24th day of January 2011.

_____
United States District Judge

3